UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROSCOE CHAMBERS, | Case No. 5:17-cv-02564-MWF-KES |
| Plaintiff, | **JUDGMENT** |
| v. | |
| C. HERRERA, et al. | |
| Defendants. | |

Pursuant to the Court's Order Directing Entry of Final Judgment, IT IS ADJUDGED that the Second Amended Complaint and entire action is dismissed with prejudice.

DATED: December 9, 2019

_____
MICHAEL W. FITZGERALD
UNITED STATES DISTRICT JUDGE