UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case No. 5:17-cv-02564-MWF-KES                                Date: December 28, 2023

Title:  ROSCOE CHAMBERS v. C. HERRERA, et al.

PRESENT:

THE HONORABLE KAREN E. SCOTT, U.S. MAGISTRATE JUDGE

| Jazmin Dorado | Not Present |
|---|---|
| Courtroom Clerk | Court Reporter |

| ATTORNEYS PRESENT FOR PLAINTIFF: | ATTORNEYS PRESENT FOR DEFENDANT: |
|---|---|
| None Present | None Present |

**PROCEEDINGS (IN CHAMBERS):**          OSC Why Case Should Not Be Dismissed

In October 2023, this case returned to the District Court after an appeal. (Dkt. 169.) The District Court granted Plaintiff leave to file a Third Amended Complaint ("TAC") originally due on November 13, 2023. (Dkt. 170.) After receiving returned mail from FCI Thomson, the Court sua sponte updated Plaintiff's mailing address to USP Leavenworth. (Dkt. 171, 172.) Per the Bureau of Prisons' online inmate locator (https://www.bop.gov/inmateloc/), as of the date of this Minute Order, Plaintiff is still at USP Leavenworth. The Court sua sponte extended Plaintiff's deadline to file a TAC to December 13, 2023. (Dkt. 173.)

The Court has still not received a TAC from Plaintiff. The Court therefore issues this Order to Show Cause ("OSC") why Plaintiff's action should not be dismissed for failure to prosecute. Plaintiff must respond to this OSC **by January 23, 2024**, by filing either a (1) TAC limited to Plaintiff's Eight Amendment Bivens claim for medical deliberate indifference against Physician's Assistant Esquetini; (2) notice of voluntary dismissal; or (3) legal brief explaining why, despite reasonable diligence, Plaintiff could not file a timely TAC.

Failure to respond to this OSC may result in the summary dismissal of this action. Plaintiff is responsible for alerting the Court of any changes to his mailing address. See Local Rule 41-6 ("If a Court order or other mail served on a pro se plaintiff at his address of record is returned … as undeliverable and the pro se party has not filed a notice of change of address within 14 days of the service date of the order or other Court document, the Court may dismiss the action with or without prejudice for failure to prosecute.").

Initials of Deputy Clerk JD